# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| JAMES S. THOMPSON, | : | No. 3 WM 2020 |
| Petitioner | : | |
| v. | : | |
| HONORABLE GERALD R. SOLOMON, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of March, 2020, the Application for Leave to File Original Process is GRANTED, and the "Notice of Extraordinary Application in Petition for Writ of Mandamus" is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.